UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY SUPERIOR COURT, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2667 MCE KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On May 17, 2018, the court granted plaintiff thirty days to file an amended complaint. (ECF No. 48.) Thirty days passed and plaintiff failed to file an amended complaint. On May 29, 2018, plaintiff filed the "notice of amendment form," but did not attach an amended complaint. (See ECF No. 52.)

On June 21, 2018, judgment was mistakenly entered. (ECF No. 55.) Based on this mistake, plaintiff is granted an additional thirty days to file an amended complaint.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file an amended complaint; failure to file an amended complaint within that time will result in a recommendation of dismissal of this action.

Dated: July 20, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mill2667.ord.kc