UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MILLS, | No. 2: 17-cv-2667 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| LOS ANGLES COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This civil rights action was closed on October 12, 2018. (ECF Nos. 98, 99.)

On October 29, 2018, plaintiff filed a motion for appointment of counsel, a document requesting a petition for review, and an amended habeas corpus petition. (ECF Nos. 101, 103, 104.) On November 5, 2018, plaintiff filed an amended complaint. (ECF No. 105.)

Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: November 13, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mills2667.58